IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ELLIOTT BRADLEY, | ) | |
| Petitioner, | ) | Civil Action No. 7:17cv00022 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

By order entered January 20, 2017, the court conditionally filed this action and directed Bradley to provide certain financial documentation and exhaustion information before the court would proceed with his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The court advised Bradley that failure to comply with the court's order within twenty days would result in dismissal of his petition without prejudice. Bradley did not respond. Inasmuch as the time to respond has passed and Bradley has failed to comply with the court's order, I will dismiss this action without prejudice. Bradley is advised that he may refile his claims in a separate action.

ENTER: This 24th day of February, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE